UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS HOLLIDAY, *et. al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERCLEAR CLEANING SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01140-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF INDIVIDUAL CLAIMS TO ARBITRATION<br><br>(Doc. 6)<br><br>**30-DAY and 120-DAY DEADLINES**<br><br>ORDER VACATING JANUARY 12, 2026, SCHEDULING CONFERENCE<br><br>(Docs. 2, 5) |

On June 26, 2025, Plaintiffs Genesis Holliday and Josefa Moquera Hernandez ("Plaintiffs") initiated this putative class action with the filing of a complaint in the Kern County Superior Court of California. (Doc. 1). On September 5, 2025, Defendants Everclear Cleaning Solutions, LLC ("Everclear") and Eclipse Advantage, LLC ("Eclipse") removed the action to this Court. *Id.* They and the third named Defendant, DG Strategic VII, LLC ("DG Strategic") (collectively, "Defendants"), all filed answers in state court prior to removal. *Id.* at 2.

Pending before the Court is the parties' stipulated request for order staying the action, requiring submittal of Plaintiffs' individual claims to arbitration, and dismissing Plaintiffs' putative class claims without prejudice. (Doc. 6). The parties represent that Plaintiffs Holliday and

Hernandez entered into arbitration agreements with Defendant Eclipse on March 12, 2025, and March 17, 2025, respectively, requiring Plaintiffs to individually submit disputes arising out of or relating to Plaintiffs' respective employment with Eclipse to individual arbitrations pursuant to the terms of the arbitration agreements. *Id*. at 3.  The parties represent that Plaintiffs have agreed to submit their individual claims to binding arbitration pursuant to their respective arbitration agreements. *Id.*  The parties further represent that they have agreed to dismiss their putative class claims and jointly request the Court stay further proceedings pending completion of the arbitrations. *Id.*

Having reviewed the pleadings and the parties' request, the Court finds good cause to submit Plaintiffs' individual claims to binding arbitration and stay this case.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. Plaintiffs' individual claims SHALL BE SUBMITTED to arbitration;
2. This action shall be STAYED in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;
3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration **within 30 days** of the date of this order;
4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration **every 120 days** following the date of this order until arbitration is completed;
5. **Within 14 days** of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued litigation of this case; and

///

///

///

6. The January 12, 2026, scheduling conference (Docs. 2, 5) is VACATED.

IT IS SO ORDERED.

Dated:   **December 5, 2025**

UNITED STATES MAGISTRATE JUDGE

3